United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>Plaintiff,<br><br>v<br><br>J.S.WOODFORD.<br><br>Defendants. | Case No . C 05-0870 CW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on <u>May 11, 2007</u>. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General

☒ Other: California Department of Corrections

(2)  The following individuals, parties, and/or representatives did not appear:

_____

_____

(3)  The outcome of the proceeding was:

☐ The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed_____.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☒ The parties are unable to reach an agreement at this time.

Date: 5/16/07

_____
Nandor J Vadas
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIELDS, | No. C 05-0870 |
| v. | CERTIFICATE OF SERVICE |
| WOODFORD | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 16, 2007, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Kevin E. Fields**
P83425
CSP-Corcoran
P.O. Box 3481 (4B-1A#50L)
Corcoran, CA 93212-3481

RICHARD W. WIEKING, CLERK

By:_____
Deputy Clerk

3