IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>    Plaintiff,<br><br>  v.<br><br>J.S. WOODFORD, Warden,<br>ET AL.,<br><br>    Defendants.<br>_____ | No. C 05-0870 CW (PR)<br><br>ORDER REFERRING CASE TO FEDERAL<br>PRO BONO PROJECT |

The Court having determined that it would be beneficial to have counsel assist Plaintiff in this matter and good and just cause appearing, IT IS HEREBY ORDERED that Plaintiff's retaliation claim against Defendant Correctional Officer K. Thompson shall be referred to the Court's Federal Pro Bono Project in the manner set forth below:

    1.  The Clerk of the Court shall send copies of:  (1) this Order; (2) the Order Denying Motions for Leave to File Third Amended Complaint; (3) the first and second amended complaints (docket nos. 5, 26); (4) the Court's Orders dated November 10, 2005 and January 11, 2007 (docket nos. 7, 39); (5) Defendants' Motion for Summary Judgment, Plaintiff's opposition and Plaintiff's Declaration (docket nos. 30, 53, 54); (6) the Court's September 29, 2006 Order Granting Plaintiff's Motion to Dismiss All Claims Against Defendant Lee and Denying Defendant Thompson's Motion for

Summary Judgment (docket no. 55); (7) the Report of Pro Se Early Settlement Proceeding (docket no. 56); (8) a docket sheet; and (9) a memorandum outlining the facts and procedural posture of the action to the Federal Pro Bono Project volunteer at the address provided to the Clerk by the Court.

    2.  Upon an attorney being located to represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter until further order of the Court.

    IT IS SO ORDERED.

DATED: 9/11/07

_____
CLAUDIA WILKEN
United States District Judge

P:\PRO-SE\CW\CR.05\Fields0870.ReferFPBP.frm      2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FIELDS,

    Plaintiff,

v.

WOODFORD et al,

    Defendant.

Case Number: CV05-00870 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin E. Fields P83425
4A-2R -25L
CSP-Corcoran
P.O. Box 3476
Corcoran, CA 93212-3481

Michael James Quinn
California State Attorney General's Office
Correctional Law Section
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Federal Pro Bono Project

Dated: September 11, 2007

    Richard W. Wieking, Clerk
    By: Sheilah Cahill, Deputy Clerk

P:\PRO-SE\CW\CR.05\Fields0870.ReferFPBP.frm    3