1  THOMAS V. LORAN III (CA Bar 95255)
   thomas.loran@pillsburylaw.com
2  JONATHAN D. BUTLER (CA Bar 229638)
   jonathan.butler@pillsburylaw.com
3  PILLSBURY WINTHROP SHAW PITTMAN LLP
   50 Fremont Street
4  Post Office Box 7880
   San Francisco, CA  94120-7880
5  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
6
   Attorneys for Plaintiff
7  KEVIN E. FIELDS

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11

12 | KEVIN E. FIELDS,                    | No. C 05-0870 CW (PR)
13 |            Plaintiff,               | STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF
14 | vs.                                 | DEADLINE TO SUBMIT CONSENT/DECLINATION TO
15 | J.S. WOODFORD, WARDEN, ET AL.,      | PROCEED BEFORE MAGISTRATE JUDGE
16 |            Defendant.               |
                                         Trial Date: July 14, 2008
17

18         In a minute order and case management order dated November 16, 2007, the Court

19 set a deadline of December 3, 2007, for the parties to submit a signed consent/declination to

20 proceed with the above-entitled action before a magistrate judge.  Counsel for Plaintiff

21 Kevin E. Fields is scheduled to meet with Mr. Fields for the first time on December 3,

22 2007.  If Mr. Fields agrees to standard terms of representation and consents to

23 representation by Messrs. Loran and Butler, counsel will discuss with Mr. Fields whether to

24 consent to proceed before a magistrate judge.

25         To allow sufficient time for Mr. Fields and his prospective counsel to make an

26 informed decision regarding this issue, the parties — through their undersigned counsel —

27

28

1  hereby stipulate to extend to and including Monday, December 10, 2007 the deadline for
2  the parties to consent or decline to proceed before a magistrate judge.

4  Dated: November 29, 2007.

PILLSBURY WINTHROP SHAW PITTMAN LLP
THOMAS V. LORAN III
JONATHAN D. BUTLER
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

By _____

Attorneys for Plaintiff
KEVIN E. FIELDS

12  Dated: November 29, 2007.

CAL. STATE ATTORNEY GENERAL'S OFFICE
MICHAEL J. QUINN
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004

By _____

Attorneys for Defendants
J.S. WOODFORD, ET AL.

19  **GOOD CAUSE APPEARING THEREFOR, IT IS <u>SO ORDERED</u>.**

Dated: 12/5, 2007.   _____
United States District Court Judge