```
 1  THOMAS V. LORAN III (CA Bar 95255)
    thomas.loran@pillsburylaw.com
 2  JONATHAN D. BUTLER (CA Bar 229638)
    jonathan.butler@pillsburylaw.com
 3  PILLSBURY WINTHROP SHAW PITTMAN LLP
    50 Fremont Street
 4  Post Office Box 7880
    San Francisco, CA 94120-7880
 5  Telephone: (415) 983-1000
    Facsimile: (415) 983-1200
 6
    Attorneys for Plaintiff
 7  KEVIN E. FIELDS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| KEVIN E. FIELDS, Plaintiff, vs. J.S. WOODFORD, WARDEN, ET AL., Defendant. | No. C 05-0870 CW (PR) STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DISCOVERY DEADLINES Trial Date: July 14, 2008 |
|---|---|

The parties, through their undersigned counsel, hereby stipulate to the following extensions of the discovery deadlines set by the Court in the above-entitled matter in the Minute Order and Case Management Order dated November 16, 2007. Plaintiff and his counsel were unable to meet and enter into a formalized attorney-client relationship until December 3, 2007. The parties have begun to conduct discovery, and agree that the following extensions of three weeks for fact discovery and two weeks for expert discovery are appropriate.

1. Fact discovery shall be completed by February 29, 2008.

2. Disclosure of identities and reports of expert witnesses shall be completed by March 7, 2008.

700926091 - 1 - U.S. Dist. Ct., NDCA Case No. 4:05-cv-00870-CW
STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DISCOVERY DEADLINES

1     3.    Expert discovery shall be completed by March 21, 2008.

2    Dated: January 4, 2008.

PILLSBURY WINTHROP SHAW PITTMAN LLP
THOMAS V. LORAN III
JONATHAN D. BUTLER
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

By _____/s/ Jonathan Butler_____

Attorneys for Plaintiff
KEVIN E. FIELDS

10    Dated: January 4, 2008.

CAL. STATE ATTORNEY GENERAL'S OFFICE
MICHAEL J. QUINN
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004

By _____/s/_____

Attorneys for Defendants
J.S. WOODFORD, ET AL.

17    IT IS SO ORDERED.

18    Dated: January 7, 2008.

By _____/s/ Claudia Wilken_____

Claudia Wilken
United States District Judge