1  THOMAS V. LORAN III  (CA Bar 95255)
   thomas.loran@pillsburylaw.com
2  JONATHAN D. BUTLER  (CA Bar 229638)
   jonathan.butler@pillsburylaw.com
3  PILLSBURY WINTHROP SHAW PITTMAN LLP
   50 Fremont Street
4  Post Office Box 7880
   San Francisco, CA  94120-7880
5  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
6
   Attorneys for Plaintiff
7  KEVIN E. FIELDS

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 OAKLAND DIVISION

11

12  KEVIN E. FIELDS,                    No. C 05-0870 CW (PR)

13                    Plaintiff,    **STIPULATION AND ORDER FOR
                                    EXTENSION OF DEADLINE TO
14       vs.                        CONDUCT SETTLEMENT
                                    CONFERENCE**
15  J.S. WOODFORD, WARDEN, ET AL.,
                                    Action filed:  March 1, 2005
16                    Defendant.    Trial date:  July 14, 2008

17

18

19         The parties, through their undersigned counsel, hereby stipulate to extend the

20  deadline to conduct a settlement conference in the above-entitled matter.  On February 11,

21  2008, the Court entered an order that requires the parties to conduct a settlement conference

22  before Chief Magistrate Judge James Larson by April 14, 2008.  The parties have learned,

23  however, that Judge Larson is currently ill and that he will be on criminal calendar and

24  unavailable to conduct a settlement conference during April 2008.  Accordingly, the parties

25  hereby agree that the following extension of five weeks is appropriate.

26         1.    The parties shall conduct a settlement conference before Chief Magistrate

27               Judge James Larson no later than May 16, 2008.

28

1    Dated:  March 27, 2008.

2                                                   PILLSBURY WINTHROP SHAW PITTMAN LLP
                                                    THOMAS V. LORAN III
3                                                   JONATHAN D. BUTLER
                                                    50 Fremont Street
4                                                   Post Office Box 7880
                                                    San Francisco, CA  94120-7880
5

6
                                                    By _____
7
                                                         Attorneys for Plaintiff
8                                                        KEVIN E. FIELDS

9    Dated:  March 27, 2008.

10                                                  CAL. STATE ATTORNEY GENERAL'S OFFICE
                                                    MICHAEL J. QUINN
11                                                  455 Golden Gate Ave., Suite 11000
                                                    San Francisco, CA 94102-7004
12

13
                                                    By _____
14
                                                         Attorneys for Defendants
15                                                       J.S. WOODFORD, ET AL.

16   IT IS SO ORDERED.

17   Dated:  March __28__, 2008.

18
                                                    By _____
19
                                                         Claudia Wilken
20                                                       United States District Judge

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order for Extension of Settlement Conference Deadline