UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN E. FIELDS,

    Plaintiff(s),

v.

J.S. WOODFORD, WARDEN, ET AL.,

    Defendant(s).

No. C-05-00870 CW (JCS)

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR SETTLEMENT CONFERENCE**

    Plaintiff/Petitioner Kevin E. Fields has filed a "Petition for Writ of Habeas Corpus Ad Testificandum for Settlement Conference" (the "Petition") [Docket No. 83].

    The Petition is hereby DENIED.  Plaintiff shall appear by telephone at the May 14, 2008 Settlement Conference.

    IT IS SO ORDERED.

Dated:  April 29, 2008

JOSEPH C. SPERO
United States Magistrate Judge