United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN E. FIELDS,

        Plaintiff(s),

  v.

J.S. WOODFORD, WARDEN, ET AL.,

        Defendant(s).
_____/

No. C-05-00870 CW (JCS)

**ORDER RE TELEPHONIC APPEARANCE OF INMATE AT SETTLEMENT CONFERENCE**

TO ALL PARTIES, COUNSEL OF RECORD, AND PRISON PERSONNEL:

    The above matter was referred to Magistrate Judge Joseph C. Spero for settlement purposes.

    A Settlement Conference has been scheduled for **May 14, 2008, at 2:00 p.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

    Plaintiff, Kevin E. Fields, is currently incarcerated at the California State Prison in Corcoran, California. In order for the above-referenced conference to take place, the Court (and counsel for Plaintiff) must be able to confer with Plaintiff on May 14, 2008, beginning at 2:00 p.m., and continuing for the duration of the Settlement Conference. **The Court, therefore, ORDERS that Mr. Fields be made available by telephone for the Settlement Conference beginning at 2:00 p.m. and continuing for the duration of the conference.**

    IT IS SO ORDERED.

Dated: April 30, 2008

                                                  _____
                                                  JOSEPH C. SPERO
                                                  United States Magistrate Judge