IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN FIELDS,

        Plaintiff,

  v.

J. S. WOODFORD, et al.,

        Defendants.
                                        /

No. 05-00870 CW

AMENDED ORDER DENYING MOTION AS MOOT

    On September 12, 2007, Plaintiff Kevin Fields filed a Motion for Order Directing the Court-Clerk to Provide Plaintiff with a Copy of the Civil Jury Instructions. On October 27, 2007, the Court appointed counsel for Plaintiff who will be representing Plaintiff at trial. Accordingly,

    Plaintiff's Motion for Order Directing the Court-Clerk to Provide Plaintiff with a Copy of the Civil Jury Instructions is denied as moot.

Dated   5/6/08

                                                    CLAUDIA WILKEN
                                                    United States District Judge

UNITED STATES DISTRICT COURT<br>
FOR THE<br>
NORTHERN DISTRICT OF CALIFORNIA

FIELDS,

     Plaintiff,

  v.

WOODFORD et al,

     Defendant.

Case Number: CV05-00870 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin E. Fields
P83425
CSP - Corcoran
P.O. Box 3476
Corcoran, CA  93212-3481

Dated: May 7, 2008

          Richard W. Wieking, Clerk
          By: Sheilah Cahill, Deputy Clerk

2