1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  MICHAEL J. QUINN, State Bar No. 209542
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5726
    Fax: (415) 703-5843
8   Email: Michael.Quinn@doj.ca.gov

9  Attorneys for Defendant Thompson

10            IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13

14  KEVIN E. FIELDS,                    No. C 05-0870 CW (PR)

15                 Plaintiff,           STIPULATION AND [PROPOSED]
                                        ORDER OF DISMISSAL
16       vs.

17  J. S. WOODFORD, WARDEN, ET AL.,

18                 Defendants.

19

20       THE PARTIES VOLUNTARILY STIPULATE to the dismissal with prejudice of

21  the above-captioned action under Rule 41(a) of the Federal Rules of Civil Procedure, with

22  >>

23  >>

24  >>

25  >>

26  >>

27

28
    701073216v2                      - 1 -           *Fields v. Woodford, et al.*, C 05-0870 CW
                         Stipulation and [Proposed] Order of Dismissal

1 each party to bear its own costs, expenses and attorneys' fees.

2 Dated: October 29, 2008    CALIFORNIA DEPARTMENT OF JUSTICE
                             OFFICE OF THE ATTORNEY GENERAL
3                            MICHAEL J. QUINN
                             Deputy Attorney General
4                            455 Golden Gate Avenue, Suite 11000
                             San Francisco, CA 94102-7004
5

6                            By: /s/ Mull
7                            Attorneys for Defendants

8

9 Dated: July 2, 2008         PILLSBURY WINTHROP SHAW PITTMAN LLP
                              THOMAS V. LORAN III
10                            JONATHAN D. BUTLER
                              50 Fremont Street
11                            Post Office Box 7880
                              San Francisco, CA 94120-7880
12

13                            By: /s/ Jonathan Butler
14                            Attorneys for Plaintiff

15
   IT IS SO ORDERED.
16
   Dated: _____       /s/ Claudia Wilken
17                              Hon. Claudia Wilken
                                United States District Judge
18

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Kevin E. Fields v. J. S. Woodford, et al.**

No.:   **C 05-0870 CW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **October 30, 2008**, I served the attached

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Kevin E. Fields, P-83425**
**4B-219-22L**
**CSP-Corcoran**
**P.O. Box 3481**
**Corcoran, CA 93212-3481**

**Jonathan D. Butler**
**Pillsbury Winthrop Shaw Pittman LLP - San Francisco**
**P.O. Box 7880**
**San Francisco, CA 94120-7880**
Attorney for Kevin E. Fields
Plaintiff

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **October 30, 2008**, at San Francisco, California.

|  |  |
|---|---|
| M.M. Argarin | /s/ M.M. Argarin |
| Declarant | Signature |