PILLSBURY WINTHROP SHAW PITTMAN LLP
THOMAS V. LORAN III
JONATHAN D. BUTLER
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Plaintiff
KEVIN E. FIELDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>               Plaintiff,<br><br>vs.<br><br>J. S. WOODFORD, WARDEN, ET AL.,<br><br>               Defendant. | No. C 05-0870 CW<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE THAT, pursuant to the United State District Court for the Northern District of California Local Rule 11-5, Pillsbury Winthrop Shaw Pittman LLP hereby withdraws as counsel of record for Plaintiff Kevin E. Fields. Said plaintiff will represent himself *in pro. per.*, as noted in the Substitution of Counsel filed October 2, 2008.

Dated: October 31, 2008.

PILLSBURY WINTHROP SHAW PITTMAN LLP
THOMAS V. LORAN III
JONATHAN D. BUTLER
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

By ___*Thomas V. Loran*___
Attorneys for Plaintiff KEVIN E. FIELDS

1  **IT IS SO ORDERED.**

2
3  Dated: _____11/10_____, 2008          *[signature: Claudia Wilken]*
                                            _____
4                                           The Honorable Claudia Wilken
                                            United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28